**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Townes at Pelham Owners' Association, Inc.,
Respondent,

v.

Donna Boyd and Bank of America, N.A., by Assignment from Mortgage Electronic Registration Systems,
Defendants,

And

Donna Boyd, Third-Party Plaintiff,

v.

Eric Hendrick, in his Individual and Official Capacity as Owner or President of Cornerstone Realty, Inc and Cornerstone Realty Inc., Third-Party Defendants,

Of whom Donna Boyd is the Appellant.

Appellate Case No. 2014-000701

―――――――――

Appeal From Greenville County
Charles B. Simmons, Jr., Master-in-Equity

―――――――――

Unpublished Opinion No. 2016-UP-266
Submitted May 1, 2016 – Filed June 8, 2016

―――――――――

## AFFIRMED

Donna Boyd, of Mauldin, pro se.

J. Chris Brown, of Babb & Brown, P.C., of Greenville, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Herron v. Century BMW*, 395 S.C. 461, 465, 719 S.E.2d 640, 642 (2011) ("At a minimum, issue preservation requires that an issue be raised to and ruled upon by the trial [court]."); *id.* ("It is 'axiomatic that an issue cannot be raised for the first time on appeal.'" (quoting *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998))); *id.* ("Imposing such a requirement on the appellant 'is meant to enable the lower court to rule properly after it has considered all relevant facts, law, and arguments.'" (quoting *I'On, L.L.C. v. Town of Mt. Pleasant*, 338 S.C. 406, 422, 526 S.E.2d 716, 724 (2000))); *Wright v. Craft*, 372 S.C. 1, 20, 640 S.E.2d 486, 497 (Ct. App. 2006) ("An issue raised on appeal but not argued in the brief is deemed abandoned and will not be considered by the appellate court." (quoting *Fields v. Melrose Ltd. P'ship*, 312 S.C. 102, 106, 439 S.E.2d 283, 284 (Ct. App. 1993))).

**AFFIRMED.**[1]

**HUFF, A.C.J., and KONDUROS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.